UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                     CRIMINAL NO.:  2:24-cr-00129

DONALD A. ENNIS

### NOTICE OF THE UNITED STATES' INTENT NOT TO PURSUE FORFEITURE

The United States hereby gives notice that it has elected not to pursue forfeiture of the $500,965.70 money judgment filed against DONALD A. ENNIS, as named in the Information.

The money judgment was not included in the plea agreement. Therefore, the United States cannot pursue collection through forfeiture. Accordingly, there is no need for an order of forfeiture in this case.

Submitted, this 27th day of May 2025.

Respectfully submitted,

LISA G. JOHNSON
Acting United States Attorney

By:   /s/Justin A. Marlowe
JUSTIN A. MARLOWE
Assistant United States Attorney
WV State Bar No. 9695
300 Virginia Street, East, Room 4000
Charleston, WV  25301
Telephone:  304-345-2200
Facsimile:  304-340-7851
E-mail: justin.marlowe@usdoj.gov