# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 5/28/2025 | Case Number: | 2:24-cr-00129 |
| Case Style: | USA vs. Donald A. Ennis | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Zach Spurrier |

Attorney(s) for the Plaintiff or Government:

Erik Goes

Attorney(s) for the Defendant(s):

Rachel Zimarowski

| | |
|---|---|
| Law Clerk: | Sarah Fox |
| Probation Officer: | Heather Edwards |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:01 AM | 10:34 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 33 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 10:01 a.m.

Deft present in person and by counsel.
Deft placed under oath.
Court addresses PSR and objections:
Deft objects to arson cross-reference in paragraphs 40-45; Court sustains the objection.
Court adopts findings in PSR.
Court accepts plea agreement.
Court makes findings re: applicable U.S.S.G ranges
Court addresses Sec. 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
Defendant speaks on own behalf.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, the court imposes sentence as follows:
Custody: 33 months
Supervised Release: 3 years
Fine: none imposed
Assessment: $200
Restitution: total of $513,072.28
Sentence imposed as stated.
Deft remains on bond to self-report.
Court recessed at 10:34 a.m.